Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Stephen P. Slepecki** | : | Case No. 16−23495−GLT |
| **Lee J. Slepecki** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 170 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/9/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this ***The 27th of December, 2021***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 170 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  ***On or before February 10, 2022***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***March 9, 2022 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23495-GLT |
| Stephen P. Slepecki | Chapter 13 |
| Lee J. Slepecki | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen P. Slepecki, Lee J. Slepecki, 11 North Howard Avenue, Pittsburgh, PA 15202-3205 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | | Bank of America, N.A., THE BANK oF NEW YORK MELLON FKA The BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | MEB Loan Trust IV, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| r | + | Michael Lingg, Remax, 8858 Covenant Ave., Pittsburgh, PA 15237-5963 |
| cr | + | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | The Community at Holy Family Manor, Inc., Buchanan Ingersoll & Rooney PC, Attn: Tyler S. Dischinger, Esq., One Oxford Centre, 301 Grant Street - 20th Floor Pittsburgh, PA 15219-1412 |
| cr | + | Wilmington Savings Fund Society, FSB, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14292036 | | Bank of America, Customer Service, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14319087 | + | Borough of Bellevue, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14292039 | + | Citibank, c/o Beth Arnold Howell, Esquire, Blatt Hasenmiller Leibsker & Moore, 1835 Market Streetm Suite 501, Philadelphia, PA 19103-2933 |
| 14292041 | + | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14292043 | + | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |
| 14292045 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15381062 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15111956 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14360043 | + | The Community at Holy Family Manor, Inc., c/o Tyler Dischinger,Esq./Kathleen Murph, Buchanan Ingersoll & Rooney PC, 919 N. Market St., Ste. 1500, Wilmington, DE 19801-3046 |
| 14307450 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14292048 | + | Wexford Healthcare Center, 9850 Old Perry Highway, Wexford, PA 15090-9311 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC BANK, NA., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:45 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14319087 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2021 02:40:00 | Borough of Bellevue, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14298056 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14292037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14303527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15355553 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14356592 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14292040 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14367698 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2021 02:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14292041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 28 2021 02:40:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14292042 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:40 | HH Gregg, c/o Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14292038 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:50 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14381568 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 28 2021 02:41:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14363185 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, National Association, PNC Mortgage, A Division of PNC Bank, NA, 3232 Newmark Drive,, Miamisburg, OH 45342 |
| 14367151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14293137 | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:54 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14292046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:55 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Bellevue |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14292044 | *+ | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |

Case 16-23495-GLT    Doc 172    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 37 |

| 15426848 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| --- | --- | --- |
| 14292047 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 3 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NA. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Bellevue jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Lee J. Slepecki julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Stephen P. Slepecki julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA pawb@fedphe.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Tyler S. Dischinger | on behalf of Creditor The Community at Holy Family Manor  Inc. tyler.dischinger@bipc.com, donna.curcio@bipc.com |

TOTAL: 11