**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>STEPHEN P. SLEPECKI<br>LEE J. SLEPECKI<br>     Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Case No.:16-23495<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/20/2016 and confirmed on 11/28/16 . The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 159,413.36 |
| Less Refunds to Debtor | 5,361.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 154,051.98 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 7,812.23 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,212.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 12,064.09 | 0.00 | 12,064.09 |
|     Acct: 7524 | | | | |
|   PNC BANK NA | 0.00 | 71,357.24 | 0.00 | 71,357.24 |
|     Acct: 2935 | | | | |
|   PNC BANK NA | 118.30 | 118.30 | 0.00 | 118.30 |
|     Acct: 2935 | | | | |
|   BELLEVUE BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: M297 | | | | |
|   PERITUS PORTFOLIO SERVICES II LLC | 10,751.34 | 10,751.34 | 1,496.58 | 12,247.92 |
|     Acct: 0176 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 15,719.67 | 15,719.67 | 3,930.15 | 19,649.82 |
|     Acct: 3589 | | | | |
| | | | | 115,437.37 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN P. SLEPECKI | 20.00 | 20.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN P. SLEPECKI | 2,182.02 | 2,182.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN P. SLEPECKI | 3,159.36 | 3,159.36 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MEB LOAN TRUST VI - US BANK NA TRUS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7524 | | | | |
| | | \*\*\*N O N E\*\*\* | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY\* | 125.66 | 58.89 | 0.00 | 58.89 |
|     Acct: 1355 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 20,227.42 | 9,478.77 | 0.00 | 9,478.77 |
|     Acct: 4138 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2113 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIZENS BANK(*) | 3,436.96 | 1,610.59 | 0.00 | 1,610.59 |
| Acct: 6750 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 484.60 | 227.09 | 0.00 | 227.09 |
| Acct: 4537 | | | | |
| THE COMMUNITY AT HOLY FAMILY MANC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE COMMUNITY AT HOLY FAMILY MANC | 21,325.00 | 9,993.11 | 0.00 | 9,993.11 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 12,876.22 | 6,033.93 | 0.00 | 6,033.93 |
| Acct: 4336 | | | | |
| WEXFORD HEALTHCARE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 27,402.38 |

TOTAL PAID TO CREDITORS                                                                                 142,839.75

TOTAL CLAIMED
PRIORITY        0.00
SECURED    26,589.31
UNSECURED  58,475.86

Date: 12/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    STEPHEN P. SLEPECKI
    LEE J. SLEPECKI
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:16-23495

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 16-23495-GLT

Stephen P. Slepecki                                                                                Chapter 13

Lee J. Slepecki

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen P. Slepecki, Lee J. Slepecki, 11 North Howard Avenue, Pittsburgh, PA 15202-3205 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | | Bank of America, N.A., THE BANK oF NEW YORK MELLON FKA The BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | MEB Loan Trust IV, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| r | + | Michael Lingg, Remax, 8858 Covenant Ave., Pittsburgh, PA 15237-5963 |
| cr | + | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | The Community at Holy Family Manor, Inc., Buchanan Ingersoll & Rooney PC, Attn: Tyler S. Dischinger, Esq., One Oxford Centre, 301 Grant Street - 20th Floor Pittsburgh, PA 15219-1412 |
| cr | + | Wilmington Savings Fund Society, FSB, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14292036 | | Bank of America, Customer Service, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14319087 | + | Borough of Bellevue, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14292039 | + | Citibank, c/o Beth Arnold Howell, Esquire, Blatt Hasenmiller Leibsker & Moore, 1835 Market Streetm Suite 501, Philadelphia, PA 19103-2933 |
| 14292041 | + | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14292043 | + | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |
| 14292045 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15381062 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15111956 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14360043 | + | The Community at Holy Family Manor, Inc., c/o Tyler Dischinger,Esq./Kathleen Murph, Buchanan Ingersoll & Rooney PC, 919 N. Market St., Ste. 1500, Wilmington, DE 19801-3046 |
| 14307450 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14292048 | + | Wexford Healthcare Center, 9850 Old Perry Highway, Wexford, PA 15090-9311 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC BANK, NA., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14319087 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2021 02:40:00 | Borough of Bellevue, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14298056 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14292037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:42 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 16-23495-GLT    Doc 173    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Notice Date | Recipient |
|---|---|---|---|---|
| 14303527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15355553 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14356592 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14292040 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2021 02:40:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14367698 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2021 02:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14292041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 28 2021 02:40:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14292042 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:48 | HH Gregg, c/o Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14292038 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:41 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14381568 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 28 2021 02:41:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14363185 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, National Association, PNC Mortgage, A Division of PNC Bank, NA, 3232 Newmark Drive,, Miamisburg, OH 45342 |
| 14367151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14293137 | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14292046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Bellevue |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14292044 | *+ | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |

Case 16-23495-GLT   Doc 173   Filed 12/29/21   Entered 12/30/21 00:26:29   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 37 |

| 15426848 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14292047 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 3 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK  NA. bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Bellevue jhunt@grblaw.com

Kenneth Steidl
on behalf of Joint Debtor Lee J. Slepecki julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Stephen P. Slepecki julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Mario J. Hanyon
on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA pawb@fedphe.com

Thomas Song
on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Tyler S. Dischinger
on behalf of Creditor The Community at Holy Family Manor  Inc. tyler.dischinger@bipc.com, donna.curcio@bipc.com

TOTAL: 11