| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephen P. Slepecki<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1355<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lee J. Slepecki<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2633<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   16–23495–GLT | | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen P. Slepecki                                    Lee J. Slepecki

<u>2/11/22</u>                                        **By the court:** <u>Gregory L. Taddonio</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                         **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23495-GLT |
| Stephen P. Slepecki | Chapter 13 |
| Lee J. Slepecki | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen P. Slepecki, Lee J. Slepecki, 11 North Howard Avenue, Pittsburgh, PA 15202-3205 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | MEB Loan Trust IV, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| r | + | Michael Lingg, Remax, 8858 Covenant Ave., Pittsburgh, PA 15237-5963 |
| cr | + | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + | The Community at Holy Family Manor, Inc., Buchanan Ingersoll & Rooney PC, Attn: Tyler S. Dischinger, Esq., One Oxford Centre, 301 Grant Street - 20th Floor Pittsburgh, PA 15219-1412 |
| cr | + | Wilmington Savings Fund Society, FSB, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14292039 | + | Citibank, c/o Beth Arnold Howell, Esquire, Blatt Hasenmiller Leibsker & Moore, 1835 Market Streetm Suite 501, Philadelphia, PA 19103-2933 |
| 14292043 | + | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |
| 14292045 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15111956 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15381062 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14360043 | + | The Community at Holy Family Manor, Inc., c/o Tyler Dischinger,Esq./Kathleen Murph, Buchanan Ingersoll & Rooney PC, 919 N. Market St., Ste. 1500, Wilmington, DE 19801-3046 |
| 14292048 | + | Wexford Healthcare Center, 9850 Old Perry Highway, Wexford, PA 15090-9311 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: BANKAMER.COM | Feb 12 2022 04:03:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | | EDI: BANKAMER.COM | Feb 12 2022 04:03:00 | Bank of America, N.A., THE BANK oF NEW YORK MELLON FKA The BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:09:00 | PNC BANK, NA., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | | EDI: RECOVERYCORP.COM | Feb 12 2022 04:03:00 | Recovery Management Systems Corporation, 25 |

Case 16-23495-GLT   Doc 176   Filed 02/13/22   Entered 02/14/22 00:23:56   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 40 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | | EDI: BANKAMER.COM | Feb 12 2022 04:03:00 | THE BANK OF NEW YORK MELLON, FKA, P.O. Box 31785, TAMPA, FL 33631-3785 |
| 14292036 | | EDI: BANKAMER.COM | Feb 12 2022 04:03:00 | Bank of America, Customer Service, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14319087 | + | Email/Text: ebnjts@grblaw.com | Feb 11 2022 23:09:00 | Borough of Bellevue, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14298056 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14292037 | | EDI: CAPITALONE.COM | Feb 12 2022 04:03:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14303527 | | EDI: CAPITALONE.COM | Feb 12 2022 04:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15355553 | | EDI: CAPITALONE.COM | Feb 12 2022 04:03:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14356592 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14292040 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14367698 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 11 2022 23:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14292041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 11 2022 23:09:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14292042 | | EDI: RMSC.COM | Feb 12 2022 04:03:00 | HH Gregg, c/o Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14292038 | | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14381568 | | Email/Text: peritus@ebn.phinsolutions.com | Feb 11 2022 23:09:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14363185 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:09:00 | PNC Bank, National Association, PNC Mortgage, A Division of PNC Bank, NA, 3232 Newmark Drive,, Miamisburg, OH 45342 |
| 14367151 | | EDI: PRA.COM | Feb 12 2022 04:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14293137 | | EDI: RECOVERYCORP.COM | Feb 12 2022 04:03:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14292046 | | EDI: CITICORP.COM | Feb 12 2022 04:03:00 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14307450 | | EDI: WFFC.COM | Feb 12 2022 04:03:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14292047 | | EDI: WFFC.COM | Feb 12 2022 04:03:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 3 of 4 |
| Date Rcvd: Feb 11, 2022 | | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Bellevue |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14292044 | *+ | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |
| 15426848 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NA. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Bellevue jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Lee J. Slepecki julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Stephen P. Slepecki julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 40 |

| | |
|---|---|
| | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON  FKA pawb@fedphe.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Tyler S. Dischinger | on behalf of Creditor The Community at Holy Family Manor  Inc. tyler.dischinger@bipc.com, donna.curcio@bipc.com |

TOTAL: 11