**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/11/22 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    STEPHEN P. SLEPECKI
    LEE J. SLEPECKI
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-23495

Chapter 13

Related to Dkt. No. 170

ORDER OF COURT

AND NOW, this 11th day of February 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                           Case No. 16-23495-GLT

Stephen P. Slepecki                               Chapter 13

Lee J. Slepecki

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: auto                                     Page 1 of 3
Date Rcvd: Feb 11, 2022                           Form ID: pdf900                        Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##                Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen P. Slepecki, Lee J. Slepecki, 11 North Howard Avenue, Pittsburgh, PA 15202-3205 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | | Bank of America, N.A., THE BANK oF NEW YORK MELLON FKA The BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | MEB Loan Trust IV, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| r | + | Michael Lingg, Remax, 8858 Covenant Ave., Pittsburgh, PA 15237-5963 |
| cr | + | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | The Community at Holy Family Manor, Inc., Buchanan Ingersoll & Rooney PC, Attn: Tyler S. Dischinger, Esq., One Oxford Centre, 301 Grant Street - 20th Floor Pittsburgh, PA 15219-1412 |
| cr | + | Wilmington Savings Fund Society, FSB, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14292036 | | Bank of America, Customer Service, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14292039 | + | Citibank, c/o Beth Arnold Howell, Esquire, Blatt Hasenmiller Leibsker & Moore, 1835 Market Streetm Suite 501, Philadelphia, PA 19103-2933 |
| 14292043 | + | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |
| 14292045 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15111956 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15381062 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14360043 | + | The Community at Holy Family Manor, Inc., c/o Tyler Dischinger,Esq./Kathleen Murph, Buchanan Ingersoll & Rooney PC, 919 N. Market St., Ste. 1500, Wilmington, DE 19801-3046 |
| 14307450 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14292048 | + | Wexford Healthcare Center, 9850 Old Perry Highway, Wexford, PA 15090-9311 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:09:00 | PNC BANK, NA., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 11 2022 23:18:36 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14319087 | + | Email/Text: ebnjts@grblaw.com | Feb 11 2022 23:09:00 | Borough of Bellevue, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14298056 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14292037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14303527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 16-23495-GLT Doc 177 Filed 02/13/22 Entered 02/14/22 00:23:56 Desc
Imaged Certificate of Notice Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15355553 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14356592 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14292040 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2022 23:08:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14367698 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 11 2022 23:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14292041 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 11 2022 23:09:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14292042 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:42 | HH Gregg, c/o Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14292038 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2022 23:18:41 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14381568 | | Email/Text: peritus@ebn.phinsolutions.com | Feb 11 2022 23:09:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14363185 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:09:00 | PNC Bank, National Association, PNC Mortgage, A Division of PNC Bank, NA, 3232 Newmark Drive,, Miamisburg, OH 45342 |
| 14367151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14293137 | | Email/PDF: rmscedi@recoverycorp.com | Feb 11 2022 23:18:43 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14292046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:54 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Bellevue |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14292044 | *+ | Holy Family Manor, 301 Nazaeth Way, Pittsburgh, PA 15229-5105 |
| 15426848 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14292047 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 3 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NA. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Bellevue jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Lee J. Slepecki julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Stephen P. Slepecki julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA pawb@fedphe.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Tyler S. Dischinger | on behalf of Creditor The Community at Holy Family Manor Inc. tyler.dischinger@bipc.com, donna.curcio@bipc.com |

TOTAL: 11